UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEREMY MORIN, SHAWN INGLIS and RAYMOND BOISSONAULT,<br><br>    Plaintiffs,<br>v.<br><br>DEAN GRAY and JOE AYALA,<br><br>    Defendants. | Civil No. 24-cv-10648-ADB |

## **ORDER**

BURROUGHS, D.J.

For the reasons set forth below, this action will be dismissed without prejudice for plaintiffs' failure to respond to the Court's April 30, 2024 Order.

*Pro se* litigant Jeremy Morin, while in custody at MCI Concord, initiated this action by filing an Application to Proceed in District Court Without Prepaying Fees or Costs ("Application") and a complaint on behalf of himself and two other inmates. None of the plaintiffs, including Morin, signed the complaint. Id.

In an Order dated April 30, 2024, plaintiffs Jeremey Morin, Shawn Inglis, and Raymond Boissonault, were ordered, if they wanted to proceed with this action, (1) to file a copy of the complaint with their original signatures and (2) each file an Application to Proceed in District Court Without Prepaying Fees or Costs accompanied by a certified copy of their prison account statement. [Dkt. No. 4]. Morin's Application was denied without prejudice. Id. The Order stated that failure of any of the plaintiffs to comply with the Order's directives, within 28 days, may result in the dismissal of that plaintiff from this action without prejudice. Id. At that time,

the Clerk mailed to each plaintiff copies of the Order, the complaint and blank Application forms. The Clerk also mailed a copy of the Order to the Treasurer at MCI Concord.

The envelope with the Court's April 30 Order that was addressed to Morin was returned to the Court as undeliverable on June 6, 2024. [Dkt. No. 8]. Although Morin has not informed the Court of any new address, see District of Massachusetts Local Rule 83.5.5(h) (requiring *pro se* litigants to inform the clerk of any change of address within fourteen days of the change), a search of the VINE inmate locator service revealed that Morin was transferred to NCCI Gardner. See https://vinelink.com (last visited Aug. 13, 2024). On June 7, 2024, the Clerk remailed to Morin at NCCI Gardner an envelope with copies of the April 30 Order, the complaint and a blank Application form. [Dkt. No. 11].

Although the Treasurer sent the Court copies of the plaintiffs' prison account statements, [Dkt. Nos. 7, 9, 11], plaintiffs Jeremey Morin, Shawn Inglis, and Raymond Boissonault have not responded to the Court's Order and the time period for complying with the Court's Order has elapsed.

Accordingly, the Court orders that this action be DISMISSED WITHOUT PREJUDICE for failure to comply or otherwise respond to the Court's Order.

**SO ORDERED.**

August 13, 2024                                         /s/ Allison D. Burroughs
                                                        ALLISON D. BURROUGHS
                                                        U.S. DISTRICT JUDGE